# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Chiquita Brands International, Inc.

**v.**

U.S. Securities & Exchange Commission

**Case No:** 14-5030

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ◉ Appellant(s)/Petitioner(s)
- ○ Appellee(s)/Respondent(s)
- ○ Intervenor(s)
- ○ Amicus Curiae

Chiquita Brands International, Inc.

Names of Parties                    Names of Parties

### Counsel Information

Lead Counsel:

Direct Phone: (   )   -   Fax: (   )   -   Email:

2nd Counsel: Ashley M. Sprague

Direct Phone: (202) 662-5604  Fax: (202) 778-5604  Email: asprague@cov.com

3rd Counsel: Jaclyn E. Martinez Resly

Direct Phone: (202) 662-5528  Fax: (202) 778-5528  Email: jmartinezresly@cov.com

Firm Name: Covington & Burling LLP

Firm Address: 1201 Pennsylvania Ave. NW, Washington, DC 20004

Firm Phone: (202) 662-6000  Fax: (202) 662-6291  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I, Jaclyn E. Martínez Resly, counsel for appellant and a member of the Bar of this Court, certify that, on May 8, 2014, a copy of the foregoing Entry of Appearance was served via the Court's CM/ECF system on the following counsel:

>Thomas J. Karr
>Sarah E. Hancur
>U.S. Securities and Exchange Commission
>100 F Street, N.E.
>Washington, D.C. 20549-9612
>
>Michael T. Kirkpatrick
>Adina H. Rosenbaum
>Public Citizen Litigation Group
>1600 20th Street NW
>Washington, D.C. 20009

>/s/  Jaclyn E. Martínez Resly
>Jaclyn E. Martínez Resly
>*Counsel for Chiquita Brands International, Inc.*

May 8, 2014